# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
200 Park Avenue -17th Floor
New York, New York 10166

Telephone (212) 209-3933
Facsimile (212) 209-7102

**LETTER MOTION TO EXTEND
DEFENDANTS' TIME TO ANSWER**

July 19, 2021

**BY ECF**

Hon. John G. Koeltl, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
7/19/21

Re: *Marcos Ramales v. Peace Food Cafe, Inc., et al.*
Case No. 21 Civ. 5223 (JGK) (SDA)

Dear Judge Koeltl,

We have been recently retained as counsel to the defendants in the above-referenced action. This correspondence is our letter motion to extend the deadline by which defendants must respond to plaintiff's complaint until September 15, 2021. Defendants will not contest service of process. The court previously scheduled an initial pretrial conference for October 14th and no deadlines will be affected. We conferred with plaintiff's counsel, who consents to this application.

We thank the court for its consideration of this case.

Respectfully submitted,

/s/ Peter Hans Cooper

Peter H. Cooper

cc: Clela Errington, Esq., Plaintiff's Counsel of Record (By ECF)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/21