```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

MARCOS RAMALES ET AL.
     Plaintiffs,    21-cv-5223 (JGK)

  - against -       ORDER

PEACE FOOD CAFE ET AL.,
     Defendants.

JOHN G. KOELTL, District Judge:

  The parties are directed to submit a Rule 26(f) report by \_\_\_\_10/1\_\_\_\_, 2021.

SO ORDERED.
Dated: New York, New York
    September 16, 2021

               John G. Koeltl
              United States District Judge