UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――

MARCOS RAMALES, INDIVIDUALLY AND ON
BEHALF OF OTHERS SIMILARLY SITUATED,    21-cv-5223 (JGK)

                Plaintiffs,    ORDER

   - against -

PEACE FOOD CAFÉ, INC. (d/b/a PEACE
FOOD CAFÉ), PETER LU and ERIC LU,

                Defendants.
―――――――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

    The October 14, 2021 conference in this case is **canceled**.

    SO ORDERED.

Dated:    New York, New York
          October 8, 2021

                                      John G. Koeltl
                            United States District Judge