UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARCOS RAMALES, INDIVIDUALLY AND ON
BEHALF OF OTHERS SIMILARLY SITUATED,                21-cv-5223 (JGK)

                Plaintiffs,                ORDER

- against -

PEACE FOOD CAFÉ, INC. (d/b/a PEACE
FOOD CAFÉ), PETER LU and ERIC LU,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to provide a copy of the settlement agreement to the Court together with a letter explaining why the settlement – including any provision for attorney's fees and costs – is fair, reasonable and adequate. See Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199, 206 (2d Cir. 2015). The submission should be made by February 28, 2022.

    SO ORDERED.

Dated:    New York, New York
            February 3, 2022

                                      /s/ John G. Koeltl
                                      John G. Koeltl
                                United States District Judge