# CSM Legal, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

March 3, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/3/2022
```

**BY ECF**  
Honorable Stewart D. Aaron  
United States Magistrate Judge  
United States Courthouse  
500 Pearl St.  
New York, NY 10007

    Re:    Marcos Ramales v. Peace Food Café Inc. Et al.

Your Honor:

    This office represents Plaintiff in the above referenced matter. We write with the consent of Defendants to respectfully request a two-week extension of time in which to submit their settlement agreement pursuant to *Cheeks v. Freeport Pancake House*, Inc., 796 F.3d 199 (2d Cir. 2015). The deadline is currently March 4, 2022. Counsel for the parties have agreed to a final form of the Settlement Agreement but need additional time in which to go over said agreement with the individual parties and secure their signatures in advance of filing for Court approval.

                                     Respectfully submitted,

                                     /s/_____  
                                     Clela Errington  
                                     CSM Legal  
                                     Attorneys for the Plaintiff

Request GRANTED. SO ORDERED.  
Dated: March 3, 2022

*/s/ Stewart D. Aaron*